UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEANNE SEELEY and SCOTT SEELEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, a Utah limited liability company; COMPLETE SOLAR, INC., a California corporation; SUNSTRONG MANAGEMENT LLC, a Texas limited liability company; and JOHN DOES 1-10,<br><br>Defendants. | Case No.<br><br>CERTIFICATE OF SERVICE AND LIST OF COUNSEL OF RECORD |

I, Peter A. Talevich, certify under penalty of perjury under the laws of the State of Washington that on November 17, 2025, that the Notice of Removal was filed with the Clerk of the Court using the CM/ECF system and served upon the undersigned parties by email and U.S. Mail.

I further certify, as required under Local Civil Rule 101(b)(2), the following are all counsel and pro se parties who have appeared in the State Court action with their contact information, including email address.



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**PLAINTIFFS, PRO SE**

Leanne Seeley and Scott Seeley
9215 198th Street Court E
Graham, WA 98338
Telephone: (360) 878-2626
Email: SSeeley0419@gmail.com

**FOR DEFENDANT BLUE RAVEN SOLAR, LLC**

**FOR DEFENDANT COMPLETE SOLAR, INC.**

Peter A. Talevich, WSBA #42644
Aidan D. McCarthy, WSBA #63808
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Email: peter.talevich@klgates.com
aidan.mccarthy@klgates.com

**FOR DEFENDANT SUNSTRONG MANAGEMENT LLC**

Glen E. Bowen, WSBA #48892
Joseph F. Martin, WSBA #52956
Clement & Drotz PLLC
4205 148th Avenue NE, Suite 201
Bellevue, WA 98007
Telephone: (206) 448-2565
Email: gbowen@clementdrotz.com
Email: jmartin@clementdrotz.com

\\

\\

\\

Dated: November 17, 2025

K&L GATES LLP

By: */s/ Peter A. Talevich*
Peter A. Talevich, WSBA # 42644
Aidan D. McCarthy, WSBA # 63808
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Email: peter.talevich@klgates.com
peter.talevich@klgates.com

*Attorneys for Defendant Complete Solar, Inc.*