Outlook

## Re: Blue Power Plus Checks

**From** Scott Seeley <sseeley0419@gmail.com>
**Date** Fri 1/3/2025 4:39 PM
**To** Blue Raven Solar <support@blueravensolar.com>

Well I stopped paying the solar panels and am going to sue you guys. You guys are in default of your contractual obligations to my wife and signed her up under false pretenses.

---

**From:** Blue Raven Solar <support@blueravensolar.com>
**Sent:** Friday, December 27, 2024 10:36 PM
**To:** sseeley0419@gmail.com <sseeley0419@gmail.com>
**Subject:** Blue Power Plus Checks

Hello,

This is Elise, one of the leadership members in the Support department of Blue Raven Solar. We spoke on the phone earlier today in regard to your Blue Power Plus Checks. I wanted to follow up on the conversation we had, provide an update on the checks you are missing, some instructions in regard to future communication, and to clarify some of the possible misconceptions about what has occurred with Blue Raven over the past few months.

I will work on getting your October check re-issued into your expected one from January. I will also be doing what I can to get the process sped up and the check sent out earlier than planned. Once I have a definite timeline on this, I will let you know immediately.

I also ask that when you call in and speak with my team, you ask to speak with me or another Support leadership member. I will notate it on your account that you are to be put through to us. If I or one of my leadership members are available, we will take your call. If not, we will call you back as soon as we can.

It may not be true for you, but I know that to not receive expected income is stressful for most people, myself included. Feeling let down, especially in regard to finances, can be maddening, even devastating. I have been there, which is why I care to make sure people are getting their checks as quickly as possible, yourself included. I do not blame you for having lost faith and trust in Blue Raven, and it is ultimately my job to earn it back. Talk does not mean much, which is why I will be spending a significant amount of time taking action to ensure get you what you expect and deserve. All that I ask in return is that you continue to communicate what you don't understand or have felt misinformed about, so I can provide the feedback to the appropriate team members and make sure you are correctly informed going forward.

In case it has come across in previous phone calls that Blue Raven went bankrupt, I wanted to make it clear that we did not. In August, Sunpower, our previous parent company, went bankrupt. During the time frame that the assets of SunPower were auctioned off, which included Blue Raven, we were legally prevented from sending out checks. We were then bought by the company Complete Solar. In order to send checks again and align with their banking process, we had to switch banks, which caused further delays. At the end of

November, we sent out thousands of checks for customers who had been missing them. When you were informed that the checks were done "by hand" or "handwritten" what was meant that we were stuffing them in envelopes and stamping them ourselves, rather than the usual process of providing them to the post office to take care of, since the volume was larger than they could take. The checks were still printed by a machine. People from various departments across the company took time to assist with this, working after hours, on the weekends, and then during and over Thanksgiving to get them all prepped and sent as quickly as possible.

If you have any questions or concerns between now and when I have an update on your check, please call in, or reply to this email and I will respond as quickly as I am able.

Thank you,


BLUE RAVEN SOLAR

**Elise G.**

Support Lead

855.205.2530

support@blueravensolar.com


CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. Please notify the sender immediately by reply email if you have received this email by mistake and then delete it and any attachments thereto from your system.