Outlook

## Unauthorized Access to Leanne Seeley Blue Raven Account

**From** Scott Seeley <sseeley0419@gmail.com>
**Date** Sat 4/12/2025 10:20 PM
**To** Blue Raven Solar <support@blueravensolar.com>; jnovicio@completesolar.com <jnovicio@completesolar.com>
**Cc** Leanne Seeley <lmjustice4487@hotmail.com>; Melinda.Dammel@redfin.com <Melinda.Dammel@redfin.com>; Keenan French <keenanfrench@olympicsir.com>

Good Evening

My wife and I are currently selling our home located at 9215 198th Street Ct E Graham, WA 98338. We provide potential buyers with the Blue Raven contract for warranty, tax, contract info etc. in order to be fully transparent however, we(Leanne Seeley & Scott Seeley) at no time have given permission for ANYONE to access this account or any other for that matter. Due to information that Melinda Dammel shared with our realtor Keenan French about the panels not "performing since february" it is clear her clients accessed our account without our permission. We believe this happened on Friday 4/11/25 or possibly several days prior. If you could please review the contact records for our account and send them to my wife & I, it would be greatly appreciated as we will be filing a police report with Pierce County Sheriff's Department. Thank you. If you have any questions you can reach my wife and I at the numbers listed below.

Respectfully

Scott Seeley 360-878-2626
Leanne Seeley 509-929-3403