Outlook

## Project ID: 919096 - Leanne Seeley

**From** CBT - Christopher Tapia <ctapia@completesolar.com>
**Date** Wed 4/16/2025 12:24 PM
**To** sseeley0419@gmail.com <sseeley0419@gmail.com>

Hi Leanne,

Good morning!

I've reviewed the call. Here's what transcribed (summary):

Caller: 7633775660, Craig Reynolds (4/11/25)

- The caller provided the address, name, and phone number of the account owner. Has the copy of the HIC during the call.
- Buying a house with a $53,000 solar system, they don't want solar panels. They are worried that having solar will cost them more.
- They have copies of the bill (utility) – assumption, since they mentioned, *"they only have one credit of $45. The rest of the time, their bill is huge. So it's not saving them any money."*
- Asked if they can move the panels to another home; But then, read the copy of HIC they have, *"(h) Company's warranty and guaranty obligations cease if the System is removed and replaced for roof work or other purposes, or if the System is serviced by unauthorized service providers. The warranty and guaranty obligations also do not transfer to new properties purchased by Customer, even if Customer takes the System to the new property."*

Agent:

- Advised the caller to initially to contact the seller
- Explained how solar works, in general
- Agent confirmed that the yearly production estimate is 8854 kWh
- Mentioned about the issue at the time of call – Gateway not reporting, Started on: Tue February 18, 2025 08:24 AM PST – **Cleared on: Sun April 13, 2025 02:44 PM PDT*

Our manager was informed about your concern. Thank you. Have a great day!

We value your business with Blue Raven Solar. Feel free to contact us should you need further assistance, 877-344-6637. Have a great day!

*Sincerely,*

Complete Solar


**Chris**
Customer Success
customer.support@completesolar.com



Legal Notice

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) Complete Solar confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.