HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEANNE SEELEY and SCOTT SEELEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, a Utah limited liability company; COMPLETE SOLAR, INC., a California corporation; SUNSTRONG MANAGEMENT LLC, a Texas limited liability company; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06032-BHS<br><br>NOTICE OF DISMISSAL OF CLAIMS AGAINST COMPLETE SOLAR, INC., BLUE RAVEN SOLAR, LLC, AND BRS FIELD OPS, LLC |

Plaintiffs Scott and Leanne Seeley ("Plaintiffs") file this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to hereby voluntarily dismiss all claims asserted against Defendants Complete Solar, Inc., Blue Raven Solar LLC, and BRS Field Ops LLC, with prejudice and with each party bearing their own costs and fees. Complete Solar, Inc., Blue Raven Solar LLC, or BRS Field Ops LLC have not served an answer or a motion for summary judgment. This matter has been resolved by Plaintiffs and Complete Solar, Inc. pursuant to a settlement. Nothing in this Notice affects claims asserted by Plaintiffs against SunStrong Management, LLC. The Second Amended Complaint (Dkt. 18) is deemed amended



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

to withdraw any allegations against Complete Solar, Inc., Blue Raven Solar LLC, and BRS Field Ops LLC.

DATED June 16, 2026

Signed by:

By Leanne Seeley

7E62C0E208F8415...

Leanne Seeley

Signed by:

By Scott Seeley

131471D9C6A5498...

Scott Seeley
9215 198th Street Court E
Graham, WA 98338
Telephone: (360) 878-2626
Email: SSeeley0419@gmail.com

*Plaintiffs, Pro Se*